IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Fayetteville DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 2 5 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

ROY E. STANLEY and           PLAINTIFFS
CAROL A. STANLEY

vs.                          Civil Action No. 14-5236 PKH

UNITED STATES OF AMERICA     DEFENDANT

## COMPLAINT AND JURY DEMAND

The Plaintiffs, Roy E. Stanley and Carol A. Stanley, Pro Se, for their Complaint against the Defendant, state the following:

### CLAIMS ASSERTED

1. This Complaint asserts statutory claims (26 U.S.C. §7422) for the refund of money paid to the Internal Revenue Service.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiffs, Roy E. Stanley and Carol A. Stanley, husband and wife, are individuals residing at 4872 Prestwick S. Circle, Fayetteville 72704, Washington County, Arkansas.

3. Defendant, The United States of America, is the proper party in interest for this action seeking refund of monies paid to the Internal Revenue Service.

4. This Court's jurisdiction is invoked pursuant to 28 U.S.C. §1346(a)(1).

1

5. Venue is proper in this Court pursuant to 28 U.S.C. §1391(e).

## PROCEDURAL ALLEGATIONS

6. By this reference, paragraphs 1-5 above are fully incorporated and set forth hereunder.

7. On October 2, 2012, Examiner Luke Pearson, with the Fayetteville, Arkansas office of the Internal Revenue Service, issued a report of his audit findings that most of the Plaintiffs' income from real estate activities for the 2009 and 2010 calendar years should be reclassified from non-passive income to passive income, resulting in an increase in Plaintiffs' tax liability for those years.

8. On October 9, 2012, Plaintiffs hand delivered to Mr. Pearson a formal protest of his audit findings with a request for a meeting with his supervisor and, to the extent the issues could not be resolved at that meeting, a mediation conference and appeal to the Appeals Office.

9. On October 24, 2012 Plaintiff Roy Stanley and his accountant, Dan Prier, met with Mr. Pearson and his supervisor, Laurie Wehmeyer, to discuss Mr. Pearson's findings.

10. On December 18, 2012 Mr. Pearson issued an amended report of his audit of Plaintiffs' tax returns for tax years 2009, 2010 and 2011.

11. Plaintiffs' appeal for tax years 2009 and 2010 was referred to the Oklahoma City IRS appeals office. A Notice of Deficiency was issued on July 23, 2013, stating that Plaintiffs owed additional tax for 2009 in the amount of $62,707.00 and for 2010 in the amount of $49,721.00, plus interest. Plaintiffs did not sign or return the waiver that was enclosed with the Notice of Deficiency and elected not to file a petition in U.S. Tax Court.

12. On January 6, 2014, the IRS issued Notices CP21E showing the following adjustments to Plaintiffs' tax returns for 2009 and 2010:

    a.   2009: A $62,707.00 increase in tax, plus a $7,144.08 increase in interest, for a total increase for 2009 in the amount of $69,851.08.

    b.   2010: A $49,721.00 increase in tax, plus a $2,569.76 increase in interest, for a total increase for 2010 in the amount of $52,290.76.

13.    Plaintiffs have paid all sums claimed by the IRS for tax years 2009 and 2010 and timely filed claims for refunds by filing forms 1040X for both years.

14.    More than six months has elapsed since Plaintiffs filed their claims for refund referenced in the preceding paragraph and the IRS has not acted on Plaintiffs' claims.

15.    Plaintiffs have exhausted their administrative remedies as required by 26 U.S.C. §7422(a).

## FACTUAL ALLEGATIONS

16.    By this reference, paragraphs 1-15 above are fully incorporated and set forth hereunder.

17.    Prior to February 1, 1994, Plaintiff Roy Stanley practiced law in Springdale, Arkansas, primarily in the areas of real estate and banking law. On February 1, 1994 Roy began working full time as President of Lindsey Management Co., Inc., an Arkansas business corporation (hereinafter "LMC"), at its home office in Fayetteville, Washington County, Arkansas. In addition to Roy's duties in the management and operation of rental properties and golf courses, Roy also served as general counsel to LMC and was a 10% shareholder in LMC. From its inception in 1996, Roy has been a 10% shareholder and president of Lindsey Communications, Inc. ("LCI"), a company that provides and markets communications services to some of the apartment communities managed by LMC.

18. From January 1, 2006 through December 31, 2010, Roy worked half time at LMC. Roy retired from LMC on December 31, 2010 and ceased being a shareholder in LMC, but continues his ownership and duties at LCI.

19. For each tax year in question:

    A. Plaintiff Roy Stanley was a real estate professional.

    B. Plaintiffs' rental activities and business activities constituted an appropriate economic unit, the business activities were insubstantial in relation to the rental activities, and each owner of the business activities had the same proportionate ownership interest in the rental activities.

    C. Plaintiffs had previously filed a written election to group all such rental and business activities as a single activity in accordance with Treasury Reg. 1.469-9(g).

    D. Plaintiff Roy Stanley materially participated in the grouped activities in accordance with the criteria described in Treasury Reg. 1.469-5T(a).

## CLAIM FOR REFUND

20. By this reference, paragraphs 1-19 above are fully incorporated and set forth hereunder.

21. Plaintiffs are entitled to a refund of taxes and interest for the 2009 tax year in the amount of $69,851.08.

22. Plaintiffs are entitled to a refund of taxes and interest for the 2010 tax year in the amount of $52,290.76.

**WHEREFORE,** Plaintiffs pray that this Court enter judgment in their favor, against Defendant, in the amount of $122,141.84, plus interest accrued on monies due to Plaintiffs since payment,

for the costs of this action and for all other and further relief as to the Court seems just and proper.

PLAINTIFFS HEREBY DEMAND TRIAL BY A JURY ON ALL TRIABLE ISSUES.

Dated this 25th day of July, 2014.

Respectfully Submitted:

*/s/ Roy E. Stanley*

Roy E. Stanley

*/s/ Carol A. Stanley*

Carol A. Stanley

4872 Prestwick S. Circle

Fayetteville, AR 72704

Tel. 479-935-4873

Email: stanleyroy1@gmail.com