IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAROL A. STANLEY; and ROY E. STANLEY                              PLAINTIFFS

v.                                    Case No. 5:14-cv-05236

UNITED STATES OF AMERICA                                          DEFENDANTS

## OPINION AND ORDER

Currently before the Court is Plaintiffs' motion to change venue (Doc. 10).  Plaintiffs request that the Court transfer trial of this action to the Fayetteville courthouse.  Plaintiffs represent that defense counsel has no objection.  This case was filed in the Fayetteville division, and it appears that Fayetteville would be a more convenient trial forum for Plaintiffs.

IT IS THEREFORE ORDERED that Plaintiffs' motion (Doc. 10) is GRANTED.  This case will be reset by separate order for trial to be held in Fayetteville, Arkansas.

IT IS SO ORDERED this 29th day of January, 2015.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

-1-